## Court of Appeals, State of Michigan

## ORDER

People of MI v Michael Dwayne Carver

Docket No. 328157

LC No. 2014-000448-FC

Michael F. Gadola
Presiding Judge

Michael J. Talbot

Elizabeth L. Gleicher

Judges

The Court orders that the August 29, 2017 majority opinion is hereby AMENDED to correct a clerical error. The majority opinion is amended to include the name of Judge Elizabeth L. Gleicher on the signature line.

In all other respects, the August 29, 2017 majority opinion remains unchanged.

Talbot, C.J., not participating, having resigned from the Court of Appeals effective April 25, 2018.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUN 0 7 2018
Date

Chief Clerk